### SHULL v. STATE *et al.*

No. 2421.    Opinion Filed March 11, 1913.

(130 Pac. 910.)

**COURTS—Supreme Court—Tax Proceedings—Appeal from Judgment Affirming County Treasurer's Order Assessing Omitted Property.** Appeal dismissed for want of jurisdiction, on the authority of **State et al. v. Cawthorn's Estate, 31 Okla. 560, 122 Pac. 522.**

(Syllabus by the Court.)

*Error from Custer County Court;*
*A. H. Latimer, Judge.*

Action by the State and Custer County against Mary E. Shull. Judgment for plaintiffs, and defendant brings error. Dismissed.

*R. J. Shive,* for plaintiff in error.

*Charles West,* Atty. Gen., and *W. C. Reeves,* Asst. Atty. Gen., for defendants in error.

KANE, J. This is an appeal from an order of the county court of Custer county, dismissing an appeal from the final action of the treasurer of that county, finding that certain personal property belonging to the plaintiff in error had been unlawfully omitted from the tax returns for certain years.

In *State et al. v. Cawthorn's Estate,* 31 Okla. 560, 122 Pac. 522, it was held that "the Supreme Court is without jurisdiction to review, on appeal thereto, an order or judgment of a county court made in an appeal to such court from a decision and order of a county treasurer, assessing property for taxation, alleged to have been unlawfully omitted from the tax returns for certain years."

On the authority of the foregoing case, the appeal must be dismissed for want of jurisdiction.

WILLIAMS, DUNN and TURNER, JJ., concur; HAYES, C. J., absent, and not participating.